# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:10-cr-39-RCJ-VPC |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROBERT E. MILTON, | ) | |
| Defendant. | ) | |

Currently before the Court is a Motion for Return of Property (#18) filed by Defendant Robert E. Milton ("Defendant").

On April 1, 2010, Defendant pled guilty to one count of Tax Evasion in violation of 26 U.S.C. § 7201. Defendant was released on a Personal Recognizance Bond with one of the conditions entailing the surrendering his passport to Pretrial Services. Defendant was sentenced on July 9, 2010, to five years probation. There was no travel restriction placed on Defendant as a condition of probation.

Defendant now requests that the Court order the return of Defendant's passport from Pretrial Services.

In response, the Government notes that there are no travel restrictions under the terms of Defendant's probation aside from obtaining permission from the Court or his probation officer to travel outside of Nevada or outside of the United States. Neither the Government nor Defendant's probation officer object to Defendant's request for the return of his passport.

Thus, based on the foregoing, the Court GRANTS Defendant's Motion for Return of Property (#18). Pretrial Services shall return Defendant's passport to him forthwith.

IT IS SO ORDERED.

Dated: This 1st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE